■ TOKUKO STEEVES et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 104092.) [751 NYS2d 429]

—Appeal from an order of the Court of Claims (Patti, J.), entered September 26, 2001, which granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims, Patti, J. Present—Green, J.P., Pine, Hurlbutt, Burns and Gorski, JJ.